In Re: JAMES SCOTT & LOUANNE MELISSA SNIDER Case No.GG-02-09049          NO. 1886716
                    Raymond B. Johnson, Trustee
                                                                          74-5/724
Proceeds of uncashed check issued in a case in which
the final distribution was made more than 90 days earlier.               Fifth Third Bank
                                                                         Western Michigan
Original
Payee: SEAWEST FINANCIAL CORP Account: 568-2750   DEF BALANCE
       5150 E DUBLIN GRANVILLE RD
       WESTVILLE, OH 43081
                            CHECK DATE:  December 14, 2004

PAY   TWO HUNDRED THREE and 55/100 ***************************************** Dollars
TO THE ORDER OF:

                                                   PAY
                                              THIS AMOUNT    $******203.55*

       U. S. Bankruptcy Court - Clerk
       P.O. Box 3310
       Grand Rapids, MI  49501

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

# 219477 - JG
December 21, 2004
11:40:53

UNCLAIM-
02-09049

Debtor.: JAMES SCOTT SNIDER
Judge..: James D. Gregg
Trustee: THOMAS BRUINSMA
Amount.: $203.55
Check#.: 1886716

Total --> $203.55

FROM: RAYMOND JOHNSON

2004 DEC 21 AM 7:50