# United States Bankruptcy Court
for the
Western District of Michigan
Grand Rapids Division

## Trustee's Final Report

In Re: JAMES SCOTT & LOUANNE MELISSA SNIDER
2735-G PINERIDGE DR
GRAND RAPIDS, MI  49544

Case Number
GG-02-09049
SSN-XXX-XX-7262  & XXX-XX-2262

Case Filed on:      August 14, 2002
Plan Confirmed on:  November 12, 2002
Case converted after confirmation.

Total funds received and disbursed pursuant to the plan: $9,717.13        Detail of Disbursements below:

| Claim SeqNo | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid under the plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| -3 | U. S. Bankruptcy Court - Clerk | 185.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 0 | ANDERSEN, DAVID C | 1,500.00 | 1,185.00 | 1,185.00 | 1,185.00 | 0.00 |
| | Total   Admin. | 1,685.00 | 1,185.00 | 1,185.00 | 1,185.00 | 0.00 |
| 3 | INTERNAL REVENUE SERVICE | 1,754.35 | 1,754.35 | 1,754.35 | 1,754.35 | 0.00 |
| | Total   Priority | 1,754.35 | 1,754.35 | 1,754.35 | 1,754.35 | 0.00 |
| -5 | LOUANNE MELISSA SNIDER | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| -1 | JAMES SCOTT & LOUANNE MELISS SNI | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total   Refund | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | CONSECO FINANCE | 51,374.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total   Secured | 51,374.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1 | SEAWEST FINANCIAL CORP | 9,616.11 | 9,616.11 | 6,285.89 | 3,110.44 | 0.00 |
| 1.1 | SEAWEST FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3.1 | INTERNAL REVENUE SERVICE | 2,427.24 | 2,427.24 | 1,586.65 | 785.12 | 0.00 |
| 4 | CONSUMERS ENERGY COMPANY | 156.37 | 156.37 | 102.22 | 52.18 | 0.00 |
| 5 | MICHAEL ZAKEM DO | None | None | 0.00 | 0.00 | 0.00 |
| 6 | DTE ENERGY | None | None | 0.00 | 0.00 | 0.00 |
| 7 | MCI WORLDCOM | None | None | 0.00 | 0.00 | 0.00 |
| 8 | AT & T BROADBAND | 541.18 | 541.18 | 353.76 | 175.05 | 0.00 |
| 9 | MONEY RECOVERY NATIONWIDE | None | None | 0.00 | 0.00 | 0.00 |
| 10 | SPRINT PCS | None | None | 0.00 | 0.00 | 0.00 |
| 11 | ADVANTAGE HEALTH | 40.00 | 40.00 | 26.15 | 12.94 | 0.00 |
| 12 | ABSOPURE WATER COMPANY | None | None | 0.00 | 0.00 | 0.00 |
| 13 | PRODIGY COMMUNICATIONS LP | None | None | 0.00 | 0.00 | 0.00 |
| 14 | PRODIGY COMMUNICATIONS LP % DUN | None | None | 0.00 | 0.00 | 0.00 |
| 15 | SBC AMERITECH CONSUMER | None | None | 0.00 | 0.00 | 0.00 |
| 16 | RISK MANAGEMENT ALT. | 1,104.50 | 1,104.50 | 721.99 | 357.26 | 0.00 |
| 17 | ATTY DONALD BURAK | None | None | 0.00 | 0.00 | 0.00 |
| 18 | ULTRAMAR DIAMOND SHAMROCK | 1,185.06 | 1,185.06 | 774.65 | 383.32 | 0.00 |
| 19 | CIRCLE ONE FINANCIAL SERV | 2,236.64 | 2,236.64 | 1,462.05 | 723.47 | 0.00 |
| 20 | MERCHANT SERVICE BUREAU | 1,310.73 | 1,310.73 | 856.80 | 423.97 | 0.00 |
| 21 | DR WARNER DELEEUW | None | None | 0.00 | 0.00 | 0.00 |
| 22 | RUSSELL COLLECTION AGENCY | 451.91 | 451.91 | 295.41 | 146.17 | 0.00 |
| 23 | CROSS COUNTRY BANK | None | None | 0.00 | 0.00 | 0.00 |
| 23.1 | CROSS COUNTRY BANK | None | None | 0.00 | 0.00 | 0.00 |
| 24 | UNITED CREDIT NATIONAL BANK | 52.68 | 52.68 | 34.44 | 15.07 | 0.00 |
| | Total   Unsecured | 19,122.42 | 19,122.42 | 12,500.01 | 6,184.99 | 0.00 |

# United States Bankruptcy Court
## for the
### Western District of Michigan
### Grand Rapids Division

**Trustee's Final Report**

In Re: JAMES SCOTT & LOUANNE MELISSA SNIDER
2735-G PINERIDGE DR
GRAND RAPIDS, MI  49544

Case Number
GG-02-09049
SSN-XXX-XX-7262  & XXX-XX-2262

Case Filed on:   August 14, 2002
Plan Confirmed on:  November 12, 2002

Case converted after confirmation.

Total funds received and disbursed pursuant to the plan: $9,717.13     Detail of Disbursements below:

| Claim SeqNo | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | To be paid under the plan | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| | Grand Totals: | 73,935.97 | 22,061.77 | 15,439.36 | 9,124.34 | 0.00 |

Total Paid Claimant```:     9,124.34
Trustee Allownaces````:       592.79
Percent Paid Unsecured:      32.344 %

Wherefore, your petitioner prays that a Final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated: January 18, 2005

/s/ Raymond B. Johnson
----------------------------------------------
Raymond B. Johnson, Trustee